**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00530-CV

———————

## IN THE ESTATE OF MICHAEL NICK PATZAKIS, DECEASED

---

**On Appeal from the Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 426520-401**

---

## O R D E R

Appellants Nick J. Patzakis, Jean Patzakis and John Patzakis filed their notice of appeal on July 7, 2017. We have issued notices to the parties concerning payment of the filing fee and payment for the preparation of the clerk's record and reporter's record.

The court's records indicate appellants' counsel may not have received one or more of the notices. Although all such notices have been available on the information page for this case on the court's website, in an abundance of caution we issue the following order.

The filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants have not made arrangements to pay for the clerk's record. *See* Tex. R. App. P. 35.3(b)(2).

No reporter's record has been filed. The court reporter responsible for preparing the record in this appeal informed the court that appellants have not made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(b)(3).

Accordingly, we order as follows:

1. Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 13, 2017**. *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

2. Appellants are ordered to provide proof to this court of payment for the clerk's record on or before **October 13, 2017**. *See* Tex. R. App. P. 37.3(b). If appellants fail to timely provide such proof in accordance with this order, the appeal will be dismissed.

3. We may consider and decide those issues or points that do not require a reporter's record unless, by **October 13, 2017**, appellants pay or make arrangements to pay the court reporter for preparing the reporter's record, and provide this court with proof of payment. *See* Tex. App. P.37.3(c).

PER CURIAM